The People of the State of Illinois, Plaintiff-Appellee, *v.* Denny Fizer, Defendant-Appellant.

(No. 56568; )

First District—December 28, 1972.

Opinion by Mr. JUSTICE BURKE.

Gerald W. Getty, Public Defender, of Chicago, (Thaddeus L. Kowalski and Ronald P. Katz, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.

The People of the State of Illinois, Plaintiff-Appellant, *v.* Melvin Watson *et al.,* Defendants-Appellees.

(No. 55664; )

First District—December 29, 1972.